ELIZABETH J. NAUGHTON, Appellant, v. JOHN J. CARROLL and Another, Respondents.— Appeal dismissed, unless appellant shall be ready for argument

on October third. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.